Honorable Karen L. Strombom

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| EMPLOYEE PAINTERS TRUST HEALTH & WELFARE FUND, WESTERN WASHINGTON PAINTERS DEFINED CONTRIBUTION PENSION TRUST, WESTERN WASHINGTON APPRENTICESHIP AND TRAINING TRUST, WESTERN WASHINGTON PAINTERS LABOR MANAGEMENT COOPERATION TRUST FUND, INTERNATIONAL UNION OF PAINTERS & ALLIED TRADES PENSION FUND and INTERNATIONAL UNION OF PAINTERS & ALLIED TRADES DISTRICT COUNCIL NO. 5, <br><br>Plaintiffs, <br><br>vs. <br><br>GARY A. WRIGHT and JANE DOE WRIGHT, husband and wife and the marital community comprised thereof, and THE WRIGHT PAINTING CO., INC., <br><br>Defendants. | CAUSE NO.: C05-5648KLS <br><br> STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE <br><br> **Clerk's Action Required** |

The above-named parties hereby stipulate, by and through their respective counsel, to dismiss the above-entitled action against Defendants Gary A. Wright and Jane Doe Wright, husband and wife and the marital community comprised thereof, and The Wright Painting Co.,

STIPULATION & ORDER FOR DISMISSAL WITHOUT PREJUDICE – CASE NO. C05-5648KLS - PAGE 1 OF 3

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

Inc. without prejudice and without costs to either party for the reason that the matter has been settled.

| | |
|---|---|
| s/Robert A. Bohrer | s/Douglas J. Lineberry |
| WSBA #5050 | WSBA #29245 |
| Ekman, Bohrer & Thulin, P.S. | LINEBERRY KENNEY, PLLC |
| 220 W. Mercer, #400 | 201 St. Helens Ave. |
| Seattle, WA 98119 | Tacoma, WA 98402-2519 |
| Telephone: (206) 282-8221 | Telephone: 253-274-1400 |
| Fax: (206) 285-4587 | Fax: 253-295-4910 |
| E-mail: r.bohrer@ekmanbohrer.com | E-mail: doug@lklawgroup.com |
| Attorney for Plaintiffs | Attorney for Defendants |
| | |
| Dated November 22, 2005 | Dated November 22, 2005 |

**ORDER**

Pursuant to the stipulation of the parties herein, the Court is hereby directed to dismiss the above-entitled action against Defendants Gary A. Wright and Jane Doe Wright, husband and wife and the marital community comprised thereof, and The Wright Painting Co., Inc. Without prejudice and without costs to either party.

DATED this 30th day of November, 2005.

_[signature]_

ROBERT J. BRYAN
United States District Judge

STIPULATION & ORDER FOR DISMISSAL WITHOUT PREJUDICE – CASE NO. C05-5648KLS - PAGE 2 OF 3

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

1
2
3  Presented by:

4  s/Robert A. Bohrer
   WSBA #5050
5  Ekman, Bohrer & Thulin, P.S.
   220 W. Mercer, Ste. 400
6  Seattle, WA  98119
   Telephone: (206) 282-8221
7  Fax: (206) 285-4587
   E-mail: r.bohrer@ekmanbohrer.com
8  Attorney for Plaintiff Trust Funds

9  Approved as to Form; Notice of
   Presentation waived:
10
   s/Douglas J. Lineberry
11 WSBA #29245
   LINEBERRY KENNEY, PLLC
12 201 St. Helens Ave.
   Tacoma, WA  98402-2519
13 Telephone:  253-274-1400
   Fax:  253-295-4910
14 E-mail:  doug@lklawgroup.com
   Attorney for Defendants
15
16
17
18
19
20
21
22
23
24
25

STIPULATION & ORDER FOR DISMISSAL WITHOUT
PREJUDICE – CASE NO. C05-5648KLS - PAGE 3 OF 3

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587